**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1844**

———————

DAVID K. EVERSON; PATRICIA M. EVERSON,

Plaintiffs - Appellants,

versus

CATHERINE C. EAGLES, Individually and in Her
Official Capacity as Justice of the Superior
Court of Guilford/Rockingham County, North
Carolina,

Defendant - Appellee.

———————

**No. 07-1845**

———————

DAVID K. EVERSON; PATRICIA M. EVERSON,

Plaintiffs - Appellants,

versus

PATRICIA TIMMONS-GOODSON, Individually and in
Her Official Capacity as Justice of the
Supreme Court of North Carolina,

Defendant - Appellee.

———————

Appeals from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr., Chief
District Judge. (1:06-cv-00901-JAB; 1:06-cv-00902-JAB)

———————

Submitted: January 9, 2008          Decided: January 16, 2008

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David K. Everson, Patricia M. Everson, Appellants Pro Se.  Grady L. Balentine, OFFICE OF THE ATTORNEY GENERAL, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David K. and Patricia M. Everson appeal the district court's orders granting Respondents' motions to dismiss the Eversons' 42 U.S.C. §§ 1981 and 1983 (2000) claims. The district court found the Eversons' claims were barred by absolute judicial immunity, the Eleventh Amendment, the Rooker-Feldman[*] abstention doctrine, and because they failed to state a federal claim. The Eversons challenge each of the district court's findings.

We have reviewed the record, the parties' informal briefs, and the district court's orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Everson v. Eagles, No. 1:06-cv-00901-JAB (M.D.N.C. June 4, 2007); Everson v. Goodson, No. 1:06-cv-00902-JAB (M.D.N.C. June 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923).

- 3 -